# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**DANIEL BRIBIESCA GALINDO,**        )
                                      )
        Plaintiff,        )
                                      )
                                      )   No. CIV 13-494-RAW-SPS
                                      )
**NICK FULK, et al.,**               )
                                      )
        Defendants.      )

## OPINION AND ORDER

On November 13, 2013, the court granted plaintiff's motion for leave to proceed *in forma pauperis* and directed him to pay an initial partial filing fee within twenty (20) days [Docket No. 6]. On December 2, 2013, and December 3, 2013, mail from the court, including the order granting *in forma pauperis* status, was returned with notations that plaintiff no longer was at that address [Docket Nos. 8 and 9].

Plaintiff has failed to advise the court of his current address, as required by Local Civil Rule 5.5(a). Therefore, this action is dismissed without prejudice for failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 13th day of December 2013.

Dated this 13th day of December, 2013.

Ronald A. White
United States District Judge
Eastern District of Oklahoma